Alan M. Laskin, SBN No. 148858
Matthew R. Young, SBN No. 247622
Nathan J. Kabanuck, SBN No. 258771
LAW OFFICES OF ALAN M. LASKIN
1810 S Street
Sacramento, CA 95811
(916) 329-9010

Attorneys for Plaintiff
**JONNEIK GRAHAM**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNEIK GRAHAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>IKEA U.S. WEST, INC., and DOES 1 to 100, INCLUSIVE,<br><br>    Defendants. | **Case No. 2:12-cv-02873-MCE-EFB**<br><br>**STIPULATION AND ORDER REGARDING REMANDING ACTION**<br><br>Former Yolo County Superior Court Action, Case No. P012-2130 |

Pursuant to the parties' STIPULATION REMANDING ACTION (ECF No. 6), the Stipulation is approved. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Sacramento County Superior Court.

IT IS SO ORDERED.

Date: February 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1